UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DEBORAH A. WAINEY, personal representative of the estate of Calvin Griffin, Jr., deceased,

    Plaintiff,

v.     Case No.:  2:20-cv-969-SPC-NPM

UNITED STATES OF AMERICA,

    Defendant.

_____/

### **ORDER**[1]

Before the Court is the Settlement Conference Minute Entry, indicating the settlement conference resulted in an impasse. (Doc. 57). This four-day bench trial is currently set for the February 2023 trial term. (Doc. 24). In its broad discretion, the Court will move up the trial and related deadlines.

It is undisputed that a court may modify trial dates for good cause. Fed. R. Civ. P. 16(b)(4). There are criminal and civil jury trials pending in February 2023, all of which would take priority over this bench trial. That could result in this trial being pushed back for months. This case is ready for trial. The

---

[1] Disclaimer: Papers hyperlinked to CM/ECF may be subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or their services or products, nor does it have any agreements with them. The Court is not responsible for a hyperlink's functionality, and a failed hyperlink does not affect this Order.

parties have completed discovery, the Court has ruled on motions for summary judgment, and a settlement conference has been conducted. So, in the interests of judicial economy, the Court will set the trial for January 17, 2022, and move up the related deadlines.

Accordingly, it is

**ORDERED**:

1. This action is set for a bench trial on **January 17, 2022, at 9:00 a.m.** before the undersigned. The Clerk is **DIRECTED** to issue a notice of trial under separate cover.

2. These deadlines govern this action through the bench trial:

| DEADLINE | DATE |
|---|---|
| **Final Pretrial Meeting** | December 28, 2022 |
| **Motions in Limine** | January 3, 2023 |
| **Responses to Motions in Limine** | January 6, 2023 |
| **Joint Final Pretrial Statement and Trial Briefs** | January 9, 2023 |
| **Final Pretrial Conference** | Thursday, January 12, 2023, at 9:30 am |
| **Trial Date** | January 17, 2023, at 9:00 am |
| **Estimated Length of Trial** | 4 days |

**DONE** and **ORDERED** in Fort Myers, Florida on November 21, 2022.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:    All Parties of Record